# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

John R Wiltgen, et al.

                          Plaintiff,

v.                                       Case No.: 1:09–cv–05352
                                                Honorable Virginia M. Kendall

Gregory Webb, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 19, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Document [17] granted defendant's motion to dismiss the complaint [10] and allowed plaintiff to file an amended complaint. Document [18] is the amended complaint that does not name defendant James Zilka. This defendant should be dismissed.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.